P&B 11.19.25

SLT: USAO2023R00709

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. JKB 26cr106 |
| v. | * | |
| | * | (Theft of Mail Matter By Postal |
| DIANA WALLER-JAMES, | * | Service Employee, 18 U.S.C. § 1709) |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

*******

USDC- BALTIMORE
'26 MAR 23 PM2:57

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

Between in or about April 2023 and November 7, 2023, in the District of Maryland, the defendant,

### DIANA WALLER-JAMES,

an employee of the United States Post Office at the Baltimore, Maryland Processing & Distribution Center, did embezzle, remove, and steal letters, mail, postal cards, and any article and thing contained therein, entrusted to her for the intention of its conveyance by mail; to wit, by removing letters and mail that were destined for delivery from her assigned processing machine, opening them, and then taking and keeping for herself any articles of things of value contained therein.

18 U.S.C. § 1709

Kelly O. Hayes /SLT
Kelly O. Hayes
United States Attorney

3/17/2026
Date